FILED
JUN 17 2026
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEANNIE BLASSINGHAM,<br><br>Defendant. | CRIMINAL NO. 2:26CR 60<br><br>18 U.S.C. § 115(a)(1)(B)<br>Influencing Federal Official by Threat |

**CRIMINAL INFORMATION**

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about May 23, 2025, in Virginia Beach, Virginia, within the Eastern District of Virginia, the defendant, JEANNIE BLASSINGHAM, did threaten to assault an elected official, with intent to intimidate the elected official on account of the performance of their official duties.

(In violation of Title 18, United States Code, Section 115(a)(1)(B).)

Respectfully submitted,

Todd W. Blanche
Acting Attorney General

By: ______________________
Clayton D. LaForge
Assistant United States Attorney